**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

CASE NO.: **15-05712-KSJ**

**CHRIS DASKALAKIS, and**
**PAULINE DASKALAKIS,**
Debtor(s).
___________________________/

# FIFTH AMENDED CHAPTER 13 PLAN

**CHECK ONE:**

__X___Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1. MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of _______ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A) $__ 335.00_____ for months ___1______ through ____36______**
(B) $___________ for months __________ through __________
(C) $___________ for months __________ through __________

To pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY'S FEES**

Base Fee **$4,500.00** standard 13 fees + $**2,700.00** for maintenance fees__
Total Paid Prepetition **$___1,920.00_____**
Balance Due **$_2,580.00__**

Estimated Additional Fees Subject to Court Approval $_____________

Attorney's Fees Payable through Plan **$301.00 (1-6) & $251.00 (7-9) & $21.00 (10)** Monthly (subject to adjustment)
Maintenance Fees Payable through Plan **$50.00 (6-36)** Monthly (subject to adjustment)

**3. PRIORITY CLAIMS (as defined in 11 U.S.C. §507).**

---

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

| Last 4 Digits of Acct No. | Creditor | Total Claim | Payment Amount | Months |
|---|---|---|---|---|
| | | | | |

**4.** **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.** **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case if filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears | Months |
|---|---|---|---|---|---|---|
| 0594 | Central Mortgage Co. | 245 Debary Drive, Debary, FL 32713 | **(paid outside plan)** | **$0.00** | **$13.46** | **11-36**<br><br>**Total = $350.00** |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. | Months |
|---|---|---|---|---|
| | | | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. §1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Months | Interest @ ____% |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in

full with interest:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Months | Interest @ ____% |
|---|---|---|---|---|---|---|
| 8605 | The Ascot Capital LLC | 245 Debary Drive, Debary, FL 32713 | $3,110.38 | $120.09 | 11 - 36 | .25% Total= $3,122.38 |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payment in Plan.**

| Last 4 Digits of Acct. No. | Creditor | Collateral Description | Regular Payment | Arrearages | Months |
|---|---|---|---|---|---|
| | | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below).

| Last 4 Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| 0594 | Central Mortgage Co. | 245 Debary Drive, Debary, FL 32713 |
| 2543 | Carmax Auto Finance | 2009 Mercedes C300 |

**(G) Liens to be Avoided per 11 U.S.C. §522/Stripped Off per 11 U.S.C. §506.** A separate motion to avoid a lien under §522 or to determine secured states and to strip a lien under §506 must be filed.

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct. No. | Creditor | Collateral Description/Address |
|---|---|---|
| 1429 | Nationstar Mortgage LLC | 316 Oak Springs Drive, Debary, FL 32713 |
| 2190 | Fairwinds Credit Union | 2014 Honda Civic (co-signer to pay)<br>245 Debary Drive, Debary, FL 32713 |

**6. <u>LEASE/EXECUTORY CONTRACTS.</u>**

| Last 4 Digits of Acct. No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| 5558 | Daimler Trust | 2015 Mercedes C300 | Reject | $1,200.00 |

**7. GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $1.00_____.

**8. ADDITIONAL PROVISIONS:**

(A) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C) Property of the estate (check one)*

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2) __X__ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case if filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall no instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

**9. NONCONFIRMING PROVISIONS:**

___

___

Dated: November 11, 2015

/s/ *Chris Daskalakis*
Debtor

/s/ *Pauline Daskalakis*
Debtor

**The Law Offices of Keith D. Collier**

/s/ Keith D. Collier, Esquire
**KEITH D. COLLIER**
Florida Bar No.: 0633771
2350 Park Street
Jacksonville, Florida 32204
(904) 696-DEBT (3328)/Fax: 981-8015
Collier@KeithDCollier.com
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**CASE NO.: 15-05712-KSJ**

**CHRIS DASKALAKIS, and**
**PAULINE DASKALAKIS**

**Debtor(s).**
**_____________________________/**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the Debtors' Fifth Amended Chapter 13 Plan filed on November 11, 2015 has been furnished by U.S. Mail to the parties on the attached mailing matrix on this November 11, 2015.

**The Law Offices of Keith D. Collier**

/s/ Keith D. Collier, Esquire
**KEITH D. COLLIER**
Florida Bar No.: 0633771
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100/Fax: 981-8015
Attorney for Debtor

MATRIX ATTACHED BELOW

Label Matrix for local noticing
113A-6
Case 6:15-bk-05712-KSJ
Middle District of Florida
Orlando
Wed Nov 11 16:22:53 EST 2015

Central Mortgage Company
BROCK & SCOTT, PLLC
c/o Lindsey A. Savastano, Esq.
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309-3723

Daimler Trust
c/o Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

Lehman Xs Trust Mortgage
C/O Melbalynn Fisher ESQ.
Robertson, Anschutz & Schneid
6409 Congress Ave.
Suite 100
Boca Raton, FL 33487-2853

U.S. Bank National Association, as Trustee f
c/o Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, GA 30305-1623

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

AT&T Remittance Center
PO Box 105503
Atlanta, GA 30348-5503

Al Visco
21863 Hyde Park Dr
Ashburn, VA 20147-6910

Amc Mortgage Services
505 City Pkwy W
Orange, CA 92868-2924

American Home Mtg Srv/Homeward Residenta
AHMSI / Attention: Bankruptcy
PO Box 631730-1730
Irving, TX 75063

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Ameriquest
505 City Pkwy W
Orange, CA 92868-2924

Annie Sez
401 Hackensack Ave
Hackensack, NJ 07601-6411

Ascot Capital LLC
P O Box 645040
Cincinnati OH 45264-5040

Aurora Bank Fsb
10350 Park Meadows Drive St
Littleton, CO 80124-6800

Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park
Scottsbluff, NE 69361-2294

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

Benson Junction Commercenter c/o NAI Rea
1800 Pembrook Dr Ste 350
Orlando, FL 32810-6304

Brett Engle
146 Galloping Hill Rd
Basking Ridge, NJ 07920-2446

Brett Engle
c/o Elizabeth C. Tosh Cole, Scott & Kiss
4301 W Boy Scout Blvd Ste 400
Tampa, FL 33607-5712

Bryan Hamlet
4808 Fort McHenry Pkwy
Glen Allen, VA 23060-9215

CERASTES, LLC
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

COMENITY CAPITAL BANK/PAYPAL CREDIT
C/O WEINSTEIN & RILEY, P.S.
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Caf/Carmax Auto Finance
Attn: Bankruptcy
PO Box 440609
Kennesaw, GA 30160-9511

Cap1/neimn
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 5253
Carol Stream, IL 60197-5253

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA N
15000 Capital One Dr
Richmond, VA 23238-1119

CarMax Business Services LLC
225 Chastain Meadows Court
Kennesaw, GA 30144-5897

Carmax Auto Finance
2040 Thalbro St
Richmond, VA 23230-3200

Cavalry Spv I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Cb/rsthrdw
PO Box 182789
Columbus, OH 43218-2789

Central Florida Regional Hospita
PO Box 740771
Cincinnati, OH 45274-0771

Central Florida Regional Hospital
c/o Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Central Mortgage Co
801 John Barrow Rd Ste 1
Little Rock, AR 72205-6511

Central Mortgage Company
c/o Brock & Scott, PLLC
1501 NW 49th St., Suite 200
Fort Lauderdale, FL 33309-3723

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Chase Card
PO Box 24696
Columbus, OH 43224-0696

Chase/circuitcity
PO Box 15298
Wilmington, DE 19850-5298

Chrysler Financial/Td Auto Finance
Attn: Bankruptcy Dept
PO Box 551080
Jacksonville, FL 32255-1080

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Citi Residential Lendi/Citimortgage
Attn: Bankruptcy Department
PO Box 79022
St Louis, MO 63179

Coast Dental Group
1119 S Dixie Fwy
New Smyrna Beach, FL 32168-7473

Comenity Bank/Mandees
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Reshrdw
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Restoreration Hardware
Attention: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Vctrssec
PO Box 182789
Columbus, OH 43218-2789

Comprehensive Attorney Services
7826 Thicket Ln
Orlando, FL 32819-3301

Construction Data Company
2001 9th Ave Ste 210
Vero Beach, FL 32960-6439

Consumer Service Department
409 Alberto Way Ste 2
Los Gatos, CA 95032-5407

Convergent
800 SW 39th St
Renton, WA 98057-4975

Credit Collection Services
Two Wells Avenue
Newton, MA 02459-3246

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Deboer IP
2211 Rayford Rd # 111-116
Spring, TX 77386-1555

Department Stores National Bank For Blooming
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Department Stores National Bank For Macys Br
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850-5316

Dish Network
PO Box 94063
Palatine, IL 60094-4063

Dsnb Bloom
9111 Duke Blvd
Mason, OH 45040-8999

Dsnb Bloomingdales
Macy's Bankruptcy Dept.
PO Box 8053
Mason, OH 45040-8053

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Emc Mortgage/Chase
3415 Vision Dr
Columbus, OH 43219-6009

(p)FAIRWINDS CREDIT UNION
3075 N ALAFAYA TRAIL
ORLANDO FL 32826-3259

First Capital Property Group, Inc.
Attn: Tara Brenton/ Attn: Neil Dupree
1516 Hillcrest St
Orlando, FL 32803-4728

First Community Bank
2240 S Volusia Ave
Orange City, FL 32763-7614

(p)FLAGSTAR BANK FSB
5151 CORPORATE DRIVE
MAIL STOP E 115 3
TROY MI 48098-2639

Florida Department Of Revenue
Post Office Box 6668 Bankruptcy Unit
Tallahassee, FL 32314-6668

Florida Department Of Revenue
Post Office Box 7443
Tallahassee, FL 32314-7443

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Fox Collection Center
456 Moss Trl
Goodlettsville, TN 37072-2029

GECRB/Amazon
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

GECRB/Gap
Attn: bankruptcy
PO Box 103104
Roswell, GA 30076-9104

GECRB/Lowes
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

Gecrb/Banana Republic
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Gecrb/Care Credit
Attn: bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Homeward Residential
1525 S Belt Line Rd
Coppell, TX 75019-4913

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

J&J Security
2922 Howland Blvd
Deltona, FL 32725-2900

James Fitzpatrick
2060 Dove View Dr
Virginia Beach, VA 23464-8829

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Ken Nootbaar
215 Friar Tuck Ln
Orange City, FL 32763

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

MAGUED IBRAHIM M.D.
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070-0528

Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI 48331-3552

McCormack Intellectual Property Law (MF
617 Lee St
Seattle, WA 98109-3425

Midland Credit Management, Inc. as agent for
MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

NCO Financial Systems, Inc
PO Box 78626
Phoenix, AZ 85062-8626

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage Ll
PO Box 199111
Dallas, TX 75235

Nordstrom FSB
Attention: Account Services
PO Box 6566
Englewood, CO 80155-6566

Nordstrom Fsb
PO Box 13589
Scottsdale, AZ 85267-3589

PNC Bank
Consumer Loan Ctr.
MSC P5-PCLC-A1-R
Pittsburg, PA 15222

PNC Bank, N. A.
PO Box 340777
Winter Park, FL 32792-0000

Pawnee Leasing
700 Centre Ave
Fort Collins, CO 80526-1842

Paypal Credit
PO Box 105658
Atlanta, GA 30348-5658

Paypal/Bill Me Later
C/o: Commenity Capital Bank. Ivdi.
PO Box 5138
Timonium, MD 21094-5138

Pnc Bank N.A.
1 Financial Parkway
Kalamazoo, MI 49009-8002

Professional Adjmnt Co
14410 Metropolis Ave
Fort Myers, FL 33912-4341

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Roy Garber
1056 E Sagewood Dr
Gallatin, TN 37066-6757

Sams Club / Gemb
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL 32940-7920

Springview Homeowners Association
6972 Lake Gloria Blvd
Orlando, FL 32809-3200

State of Virginia
c/o
900 E Main St Ofc
Richmond, VA 23219-3548

Sustainable Earth Products
3301 Whitfield Ave
Sarasota, FL 34243-3328

Syncb/Care Credit
C/o
PO Box 965036
Orlando, FL 32896-5036

Syncb/Sams Club
PO Box 965005
Orlando, FL 32896-5005

Syncb/amazon
PO Box 965015
Orlando, FL 32896-5015

Syncb/banana Rep
PO Box 965005
Orlando, FL 32896-5005

Syncb/belk
PO Box 965028
Orlando, FL 32896-5028

Syncb/gap
4125 Windward Plz
Alpharetta, GA 30005-8738

Syncb/gapdc
PO Box 965005
Orlando, FL 32896-5005

Syncb/lowes
PO Box 956005
Orlando, FL 32896-0001

Syncb/tjx Cos
PO Box 965015
Orlando, FL 32896-5015

Target Credit Card (Tc)
C/O Financial & Retail Services Mailstop
PO Box 9475
Minneapolis, MN 55440-9475

Td Auto Finance
PO Box 9223
Farmington Hills, MI 48333-9223

Td Bank
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

Testo
40 White Lake Rd
Sparta, NJ 07871-3248

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Time Investment Co
929 E N River Rd
West Bend, WI 53095-0000

Tnb - Target
PO Box 673
Minneapolis, MN 55440-0673

U.S. Bank National Association
Nationstar Mortgage LLC
PO Box 619096
Dallas TX 75261-9096

U.S. Bank National Association, as Trustee f
c/o Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road N.E, Suite 500
Atlanta, GA 30305-1623

(p)VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

Volusia County Tax Collector
250 N Beach St # 101
Daytona Beach, FL 32114-3317

Washtenaw Mtg Co/Central Mortgage Compan
Attention: Bankruptcy
801 John Barrow Rd Ste 1
Little Rock, AR 72205-6599

Wells Fargo Bank NA
PO Box 10438
Des Moines IA 50306-0438

Wfdillards
PO Box 14517
Des Moines, IA 50306-3517

eCAST Settlement Corporation, assignee
of Citibank, N.A.
POB 29262
New York, NY 10087-9262

Chris Daskalakis
245 Debary Dr
Debary, FL 32713-3953

Finance Department County of Volusia
123 W Indiana Ave Rm 103
Deland, FL 32720-4615

Keith Collier
The Law Offices of Keith D. Collier PLLC
861 Morse Boulevard, Suite 1
Winter Park, FL 32789-3746

Keith D Collier
Law Offices of Keith D Collier (Daytona)
2350 Park Street
Jacksonville, FL 32204-4318

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Pauline Daskalakis
245 Debary Dr
Debary, FL 32713-3953

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
1235 Old Alpharetta Rd
Alpharetta, GA 30005-2907

Fairwinds Credit Union
2475 Sand Lake Rd
Orlando, FL 32809-7641

(d)Fairwinds Credit Union
Attention: Bankruptcy
3075 N Alafaya Trl
Orlando, FL 32826-3251

Flagstar Bk
5151 Corporate Dr
Troy, MI 48098-2639

Jefferson Capital Syst
16 McLeland Rd
Saint Cloud, MN 56303-2198

(d)Jefferson Capital Systems
16 McLeland Rd
Saint Cloud, MN 56303-2198

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067-4177

Virginia Department of Revenue
Virginia Department of Taxation Office o
PO Box 1115
Richmond, VA 23218-1115

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Pawnee Leasing Corporation
700 Centre Ave
Fort Collins, CO 80526-1842

| End of Label Matrix | |
|---|---|
| Mailable recipients | 137 |
| Bypassed recipients | 1 |
| Total | 138 |